To:      United States District Court

From:    Dominick Davalos

Date:     April 12, 2007

Re:      Civil Action No. B-96-62

*United States District Court*
*Southern District of Texas*
*FILED*
APR 2 0 2007
Michael N. Milby
Clerk of Court

In 1997 I was a minor plaintiff in civil action no. B-96-62. I am entitled at the age of eighteen to $1,500.00 as agreed in the final judgment. I am requesting that a check be mailed to my address ▮▮▮▮▮▮▮▮▮▮ HARLINGEN, TEXAS 78552. Attached are copies of my Social Security card, Birth Registration card, Texas Identification, and Agreed Final Judgment.

_____
Dominick Davalos