IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 23 1997

Michael N. Milby, Clerk of Court

| | |
|---|---|
| MARY VAN CISE, JANET VAN CISE, § | |
| JAIME DAVALOS, CYNTHIA VAN CISE, § | |
| on her own behalf and as next § | |
| friend of DOMINICK DAVALOS, § | |
| § | |
| VS. § | CIVIL ACTION NO. B-96-62 |
| § | |
| LEE URIBE and CITY OF § | |
| BROWNSVILLE § | |

## AGREED FINAL JUDGMENT

TO THE HONORABLE U.S. DISTRICT COURT:

On this the 13th day of May 1997 came on to be heard the above-entitled and numbered cause wherein MARY VAN CISE, JANET VAN CISE, JAIME DAVALOS, and CYNTHIA VAN CISE ON HER OWN BEHALF AND AS NEXT FRIEND OF DOMINICK DAVALOS, A MINOR are Plaintiffs and LEE URIBE and CITY OF BROWNSVILLE are Defendants.

Plaintiffs appeared in person or by their attorney of record, Miguel A. Saldaña. DOMINICK DAVALOS, a minor, appeared by attorney, Laura Betancourt, a member in good standing of the State Bar of Texas, heretofore appointed guardian ad litem by the Court. Defendants LEE URIBE appeared by and through his attorney of record and CITY OF BROWNSVILLE appeared by and through its attorney of record, George C. Kraehe.

After considering the pleadings, evidence and arguments of counsel, the Court is of the opinion and finds that the liability of the Defendants is uncertain, doubtful, and disputed; that Plaintiff CYNTHIA VAN CISE as Parent and Next Friend of DOMINICK DAVALOS, a Minor

1

Child, and the guardian ad litem for DOMINICK DAVALOS, are fully informed with respect to the facts of liability, the doubtful and disputed nature of the cause of action, and the nature and extent of the damages claimed; and that, with the knowledge of the cause of action as above said, the parties heretofore have agreed to compromise and settle such cause of action for the total consideration of THIRTY SEVEN THOUSAND FIVE HUNDRED DOLLARS AND NO/100 ($37,500.00).

The Court is further of the opinion that the agreement to compromise and settle all claims, demands, and causes of action herein involved is reasonable, fair and just, and the same is hereby in all things approved.

The Court is further of the opinion and finds that DOMINICK DAVALOS, Social Security Number 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 the minor Plaintiff, is entitled to the sum of $1,500.00 by reason of the alleged injury sustained as a result of the occurrence made the basis of this suit; and that Plaintiff CYNTHIA VAN CISE ON HER OWN BEHALF is entitled to recover $6,000.00; MARY VAN CISE, $12,000.00; JANET VAN CISE, $12,000.00; and JAIME DAVALOS, $6,000.00 for attorney's fees, medical costs and the expenses incurred in bringing this suit and arising from the occurrence made the basis of this suit.

IT IS FURTHER ORDERED, ADJUDGED and DECREED by the Court that DOMINICK DAVALOS, a minor, have and recover of and from LEE URIBE and CITY OF BROWNSVILLE the sum of $1,500.00; and that such sum shall be deposited into the registry of the Court on behalf of the minor DOMINICK DAVALOS by Defendants LEE URIBE and CITY OF BROWNSVILLE as part of this Agreed Final Judgment, where such funds shall remain until the minor DOMINICK DAVALOS attains the age of eighteen (18) or until further

order of the court, at which time such funds will be paid to him.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Judgment has been fully and finally paid, satisfied and discharged in full and that Defendant LEE URIBE and CITY OF BROWNSVILLE and all of its subsidiaries, affiliates, partnerships and/or related companies or corporations be and are hereby forever relieved and discharged of and from any and all liability, claims, demands, and causes of action of whatever nature asserted or which might be asserted herein, known or unknown, including claims for attorneys fees, accrued or to accrue or arising from or in any matter growing out of the incident that occurred on or about AUGUST 5, 1995, as described in Plaintiffs' pleadings on file herein and no execution shall ever issue hereon.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiffs' causes in the above-referenced action be dismissed as to Defendants CITY OF BROWNSVILLE and LEE URIBE with prejudice.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that a check in the amount of $1,500.00 be made payable to the Registry of the United States District Court for the Southern District of Texas for the use and benefit of Dominick Davalos, a minor, in accordance with the compromise and settlement agreement entered into between the parties to the above-referenced action and the guardian ad litem's recommendation.

IT IS FURTHER ORDERED, that the sum of $500.00 awarded as a fee for the Honorable Laura Betancourt, as guardian ad litem and agreed to by the parties herein are taxed against the Defendants.

IT IS FURTHER ORDERED, that all other costs is taxed against the party incurring same.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that any and all other relief which may have been sought in this cause, whether prayed for or not, is hereby DENIED.

Signed on this 28TH day of MAY, 199_.

_____
UNITED STATES MAGISTRATE JUDGE

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
By_____
                    Deputy Clerk

AGREED TO BY:

_____
MIGUEL A. SALDANA, Attorney for Plaintiffs

_____
ALAN ERWIN, Attorney for Defendant Lee Uribe

_____
GEORGE C. KRAEHE, Attorney for
Defendant City of Brownsville

_____
LAURA BETANCOURT, Attorney Ad Litem for
Minor Plaintiff, Dominick Davalos

4