IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY - 2 2007

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | § |
|---|---|
| Mary Van Cise, et al | § |
| Plaintiff(s), | § |
| | § |
| VS. | §  B-96-62 |
| Lee Uribe, et al | § |
| Defendant(s). | § |

### ORDER FOR DISBURSEMENT OF MINOR'S FUND

Before the Court is an application by Mr. Dominick Davalos to withdraw funds held in the Court's Registry. The funds were originally deposited into the Registry because Dominick Davalos was a minor child. The said minor has now provided satisfactory evidence that he has reached the age of majority and is entitled to the funds.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that the Clerk disburse and deliver to Dominick Davalos, social security number ending in 2095, the principal $1,500.00, plus accrued interest, held in the Court's Registry for his account, pursuant to the Final Judgment and any other Court Order entered in this case. The proceeds shall be sent to the following address:



DONE at _____, Texas this the 2nd day of MAY, 2007.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE