# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAY 1 4 2007

MICHAEL N. MILBY, CLERK OF COURT

John Frederick Hood
Attorney at Law
1208 Enfield Rd
Ste 206
Austin TX 78703

Case: 1:96-cv-00062   Instrument: 40   (1 pages)   aty
Date: May 2, 2007
Control: 07052531
Notice: The attached order has been entered.

## AUTHORIZATION TO SEND NOTICES BY FACSIMILE

In all cases where I appear as an attorney, the Clerk of the United States District Court for the Southern District of Texas may send me notices by facsimile transmission rather than mail. See Fed.R.Civ.P. 77, Fed.R.Crim.P. 49, Fed.R.Bankr.P. 9022, 9036. For questions, please call (713) 250-5768.

This telephone line is dedicated for facsimile transmission:

Fax: (_____) _____

Name: _____

State Bar Number: _____

Signature: _____

**Complete ONLY information that is different from the address label:**

Firm: _____

Suite: _____

Street or P.O. Box: _____

City, State & Zip: _____

Business Telephone: (_____) _____

**Mail to:**   Attorney Admissions
United States District Clerk
P.O. Box 61010
Houston, TX 77208

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

MAY 14 2007

Michael N. Milby, Clerk of Court

NIXIE        787   DE 1        00   05/12/07
             RETURN TO SENDER
             ATTEMPTED - NOT KNOWN
             UNABLE TO FORWARD

BC: 7720810101010          *2433-09284-02-34



Hasler
$00.39
05/02/2007
US POSTAGE